| | |
|---|---|
| ANDRÉ BIROTTE JR.<br>United States Attorney<br>LEON W. WEIDMAN<br>Assistant United States Attorney<br>Chief, Civil Division<br>ALARICE M. MEDRANO<br>Assistant United States Attorney<br>California Bar No. 166730<br>     Room 7516 Federal Building<br>     300 North Los Angeles Street<br>     Los Angeles, California 90012<br>     Telephone: (213) 894-0460<br>     Facsimile: (213) 894-7819<br>     E-mail:   Alarice.Medrano@usdoj.gov | JS-6 |

Attorneys for Defendant,
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| EMMA NARCISSE, | ) | No. ED CV 10-1331 VAP (OPx) |
|  | ) |  |
|             Plaintiff, | ) |  |
|  | ) |  |
|         v. | ) | ORDER DISMISSING ACTION |
|  | ) | WITH PREJUDICE |
| UNITED STATES OF AMERICA, | ) |  |
|  | ) |  |
|             Defendant. | ) | [Before the Honorable |
|  | ) | Virginia A. Phillips] |

   The parties having filed a Stipulation for Compromise Settlement and Dismissal,

   IT IS HEREBY ORDERED:

   1.   Plaintiff's action is dismissed with prejudice in its entirety;

\\\

\\\

\\\

2. Each party shall bear their own costs of suit and fees;

3. The Court retains jurisdiction pending payment of the settlement.

DATED: _August 31, 2011

_____
Virginia A. Phillips
UNITED STATES DISTRICT JUDGE

2